# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

March 2, 2023

**BY ECF:**
The Honorable Valerie Figueredo
United States Magistrate Judge

Re:     *Ronald Berry v. City of New York, et al.,* 22 CV 5969 (LJL) (VF)

Dear Judge Figueredo:

   Plaintiff requests that the Court adjourn the settlement conference scheduled for March 6, 2023, because defendants have failed to comply with their discovery obligations and there is a motion to compel discovery pending before Judge Liman.

   Thank you.

Application Granted

_____
Valerie Figueredo, U.S.M.J.
DATED: 3-2-2023

The pre-settlement conference call scheduled for March 6, 2023 is hereby adjourned. The parties are directed to contact the Court to reschedule the conference once the discovery dispute before Judge Liman is resolved. **SO ORDERED.**

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     Mr. Thomas Lai, Esq.
        Defense Counsel