```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
RONALD BERRY,                                                  :
                                                               :
                            Plaintiff,                         :
                                                               :          22-cv-5969 (LJL)
        -v-                                                    :
                                                               :              ORDER
CITY OF NEW YORK, NYC TRANSIT AUTHORITY,                       :
YEURIS MEJIA, ERIC LARSON, MICHAEL HERER,                      :
JOHN DOE 1-3, and JIMMY FREYRE,                                :
                                                               :
                            Defendants.                        :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __3/2/2023__

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's motion to compel responses to his first set of interrogatories and his document requests, Dkt. No. 35, is DENIED. Defendants' time to respond to the first request for production of document and initial set of interrogatories is extended to March 24, 2023, *see* Dkt. No. 36. Plaintiff's motion violates Rule 1.C of the Court's Individual Practices in Civil Cases, which requires a party filing a letter motion to include in the letter motion "a statement that it first attempted to confer in good faith with the opposing parties, in person or by telephone, in an effort to resolve the dispute." Hon. Lewis J. Liman, Individual Practices in Civil Cases ¶ 1.C. In addition, Defendants have shown good cause for the extension for the reasons stated in Defendants' letter of March 1, 2023. Dkt. No. 36. The Clerk of Court is respectfully requested to close Dkt. No. 35.

      SO ORDERED.

Dated: March 2, 2023
       New York, New York

                                                          LEWIS J. LIMAN
                                                          United States District Judge